■ In the Matter of H. CARL McCALL, as Comptroller of the State of New York, Respondent, v LILLIAM BARRIOS-PAOLI, as Administrator of the New York City Human Resources Administration and Commissioner of the New York City Department of Social Services, et al., Appellants. [671 NYS2d 974] —Order, Supreme Court, New York County (Phyllis Gangel-Jacob, J.), entered October 14, 1997, unanimously affirmed for the reasons stated by Gangel-Jacob, J., without costs or disbursements. No opinion. Concur—Rosenberger, J. P., Wallach, Tom and Saxe, JJ.